RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel: (702) 384-5563
Attorneys for Defendant, *CEDRIC NELSON*

UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CASE NO: 2:11-CR-198-KJD-VCF |
| CEDRIC NELSON, ) | |
| Defendant. ) | |

### ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE

**IT IS HEREBY STIPULATED and AGREED** by and between Crane Pomerantz, Assistant United States Attorney, and Richard A. Schonfeld, counsel for Defendant, Cedric Nelson, that Mr. Nelson's Supervised Release be terminated early for the following reasons:

1. Mr. Nelson has been diagnosed with terminal Stage IV Pancreatic Cancer;

2. That counsel for Defendant have been in contact with AUSA Crane Pomerantz and he has no objection to Mr. Nelson's early release; and

3. That counsel for Defendant has also been in contact with Probation Officer Shawn

/ / /

/ //

Mummey and given the circumstances he also has no objection to Mr. Nelson early termination from supervised release.

DATED this _____ day of April, 2015.

| | |
|---|---|
| **UNITED STATES ATTORNEY** | **CHESNOFF & SCHONFELD** |
| /s/ | [signature] |
| **CRANE POMERANTZ** | **RICHARD A. SCHONFELD** |
| Assistant United States Attorney | Nevada Bar No. 6815 |
| 333 Las Vegas Blvd. S., Suite 5000 | 520 S. Fourth Street, 2nd Floor |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| | Tel: (702) 384-5563 |

**FEDERAL PRETRIAL SERVICES**

/s/

**OFFICER SHAWN MUMMEY**
333 Las Vegas Blvd. S.#1112
Las Vegas, Nevada 89101

///

///

///

///

///

## ORDER

The matter having come before the court on the stipulation of the parties with no objection from Probation, and good cause appearing, the Stipulation for Early Termination of Supervised Release is **GRANTED**.

**IT IS ORDERED**:

That Defendant be discharged from Supervised Release forthwith.

Dated this 10th day of April, 2015

**UNITED STATES DISTRICT JUDGE**

Submitted by:

**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar # 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Tel: (702) 384-5563
Attorney for Defendant, Cedric Nelson